UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JAMES GUDGALIS, SARAH KUNDRAT, AND JAMES KUNDRAT, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>-against-<br><br><br>HYUNDAI MOTOR AMERICA and DOES 1 through 10, inclusive<br><br>     Defendants. | Case No.: 1:12−cv−09580<br>Honorable Samuel Der-Yeghiayan<br><br><br><br><br>Date:  December 13, 2012 |

### MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR STAY OF PROCEEDINGS PENDING RESOLUTION BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION OF MOTION TO TRANSFER

  Defendant Hyundai Motor America ("HMA") respectfully requests that the Court enter an Order staying all proceedings in this case, including defendant's obligation to respond to plaintiffs' amended complaint, other than *pro hac vice* applications, until the Judicial Panel on Multidistrict Litigation ("JPML") resolves the motion pursuant to 28 U.S.C. § 1407 to transfer this and several other actions to the United States District Court for the Central District of California that is now pending in MDL No. 2424. Upon resolution of the motion to transfer, the parties shall meet-and-confer and within 30 days of the resolution of the motion by the JPML, file a report with the Court with a proposed schedule.

  This action is one of many in federal courts around the country involving alleged misrepresentations of HMA's Environmental Protection Agency miles-per-gallon estimates. On November 19, 2012, three separate motions for transfer to the Central District of California were

1

filed with the Judicial Panel on Multidistrict Litigation. Each was brought pursuant to 28 U.S.C. § 1407 for coordinated or consolidated pretrial proceedings. As Gunther Krauth's petition (of *Krauth v. Hyundai Motor America*, Case No. 8:12-CV-01935 (C.D. Cal.)) was first-filed, the JPML will use it to adjudicate the transfer motions in MDL 2424.

Because permitting this action to go forward in this District would substantially duplicate or conflict with any coordinated proceedings should the MDL petition be granted, all parties in this action have agreed that a stay in this action is warranted. In support of this motion, HMA states as follows:

1. Plaintiffs filed this action in the Northern District of Illinois, on November 30, 2012. Based on fuel economy claims about certain automobile models manufactured by HMA, plaintiffs allege violation of the Illinois Consumer Fraud and Deceptive Business Practices Act, Illinois Deceptive Trade Practice Act, unjust enrichment, fraud, negligent misrepresentation, and breach of express warranty.

2. At least nineteen other actions have been filed by plaintiffs against HMA and Kia Motors America, Inc. ("KMA") in seven different federal district courts related to HMA's fuel economy disclosures and HMA's and KMA's announcement on November 2, 2012 that they were adjusting the Environmental Protection Agency miles-per-gallon estimates for certain vehicles. (*See* Exh. A, Plaintiff Gunther Krauth's Motion to Transfer Pursuant to 28 U.S.C. § 1407, *In re: Hyundai and Kia Fuel Economy Litigation*, MDL Docket No. 2424 (November 19, 2012), at 1, Brief at 3-4, and "Schedule of Actions"; Exh. B, HMA's Notice of Related Actions, *In re: Hyundai and Kia Fuel Economy Litigation*, MDL Docket No. 2424 (November 26, 2012), at 1 and "Schedule of Actions"; Exh. C, Plaintiff James Gudgalis' Notice of Related Action, MDL Docket No. 2424 (December 4, 2012), at 1 and "Schedule of Actions"; Exh. D,

Plaintiff Georgia L. Thomas, et al.'s Notice of Related Action, *In re: Hyundai and Kia Fuel Economy Litigation*, MDL Docket No. 2424 (December 5, 2012), at 1 and "Schedule of Actions"; Exh. E, HMA's Notice of Related Actions, MDL Docket No. 2424 (December 7, 2012), at 1 and "Schedule of Actions"); Exh. F, Plaintiff Bobby Brandon Armstrong's Notice of Related Action, MDL Docket No. 2424 (December 7, 2012), at 1 and "Schedule of Actions."). The motion pending before the JPML seeks to transfer the putative class actions filed after HMA's November 2, 2012 announcement as well as one earlier filed action to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings. (*See* Exh. A, Plaintiff Gunther Krauth's Motion to Transfer Pursuant to 28 U.S.C. § 1407, *In re: Hyundai and Kia Fuel Economy Litigation*, MDL Docket No. 2424 (November 19, 2012)). Defendant anticipates that the JPML will consider the motion to transfer at its hearing session scheduled for January 31, 2013.

3. Action by the JPML could result in coordination or consolidation of this action with other actions from this and other districts, as well as potential transfer of this action to another district pursuant to 28 U.S.C. § 1407.

4. A temporary stay of this action while the JPML considers the motion to transfer will avoid duplicative proceedings in other courts and in the transferee court. Additionally, a temporary stay will conserve judicial resources without prejudicing any party because this action is in its earliest stages.

5. "[D]istrict courts often will exercise their discretionary power to stay the proceedings before them with regard to a variety of matters pending a decision by the Panel regarding the transfer of a case, especially when such a stay would further the policies of judicial economy, efficiency, and consistency that are deeply embedded in the federal multidistrict

litigation statute." WRIGHT, MILLER & COOPER, 15 FEDERAL PRACTICE & PROCEDURE: JURISDICTION § 3866.1; *see also Landis v. N. Am. Co.,* 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."); *Bd. of Trustees of Teachers' Ret. Sys. of State of Ill. v. Worldcom, Inc.*, 244 F. Supp. 2d 900, 905 (N.D. Ill. 2002) (granting stay and noting that having one court decide complex issues, rather than several, "obviously saves judicial resources").

6. On December 6, 2012, in *Rottner v. HMA,* No. 12-09196 (N.D. Ill.), the Honorable Robert W. Gettleman of this Court granted HMA's motion to stay proceedings pending resolution by the Judicial Panel on Multidistrict Litigation of MDL 2424. Like the case at hand, *Rottner* arose out of HMA's announcement on November 2, 2012 that it was adjusting the Environmental Protection Agency miles-per-gallon estimates for certain vehicles. As in this case, the *Rottner* plaintiff alleges violation of the Illinois Consumer Fraud and Deceptive Business Practices Act, breach of express warranty, common law fraud, and unjust enrichment based on fuel economy claims about certain automobile models manufactured by HMA. In addition, the *Rottner* plaintiff also alleges breach of implied warranty, while the plaintiffs in this action allege a violation of the Illinois Uniform Deceptive Trade Practices Act and negligent misrepresentation.

7. Counsel for plaintiffs have been informed of this motion and do not oppose the stay requested herein. A stay will not result in any undue delay, will not prejudice any party, and is in the interests of justice.

Based on the reasons stated above, HMA respectfully moves the Court to enter an Order staying all proceedings herein, including defendant's obligation to file a responsive pleadings,

other than *pro hac vice* applications, until the Judicial Panel on Multidistrict Litigation resolves the motion pursuant to 28 U.S.C. § 1407 to transfer this and several other actions to the United States District Court for the Central District of California that is now pending in MDL No. 2424. Upon resolution of the motion to transfer, the parties shall meet-and-confer, and within 30 days of the resolution of the motion by the JPML file a report with the Court with a proposed schedule.

DATED: December 10, 2012   Respectfully submitted,

HYUNDAI MOTOR AMERICA

By:   */s/ Stephen A. Swedlow*
One Of Its Attorneys
Stephen A. Swedlow ARDC No. 6234550
QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
500 West Madison St., Suite 2450
Chicago, Illinois 60661
(312)705-7400
(312) 705-7401 (facsimile)
Email: stephenswedlow@quinnemanuel.com

Shon Morgan (pending *pro hac vice* admission)
QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
(213) 443-3000
(213) 443-3100 (facsimile)
Email: shonmorgan@quinnemanuel.com
Attorneys for Defendant Hyundai Motor America

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 10, 2012, a true and correct copy of the foregoing NOTICE OF PRESENTMENT OF UNOPPOSED MOTION FOR STAY OF PROCEEDINGS PENDING RESOLUTION BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION OF MOTION TO TRANSFER and MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR STAY OF PROCEEDINGS PENDING RESOLUTION BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION OF MOTION TO TRANSFER were filed with the Court's CM/ECF system, which will provide email notification to counsel of record who are registered to use the CM/ECF filing system.

Dated: December 10, 2012            */s/ Stephen A. Swedlow*
                                                       Stephen A. Swedlow